**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | RICHARD H. COBBS, JR. |
| Debtor 2 (Spouse, if filing) | LOUISE COBBS |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number: | 15-21748CMB |

# Form 4100N
## Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** LAND HOME FINANCIAL SERVICES INC

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 0 0 6 9

**Property Address:** 937 BRINTELL ST
PITTSBURGH PA 15201

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:** | | **Amount**
---|---|---
a. Allowed prepetition arrearage: | (a) $ | 17,536.69
b. Prepetition arrearage paid by the trustee: | (b) $ | 17,536.69
c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00
d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00
e. Allowed postpetition arrearage: | (e) $ | 0.00
f. Postpetition arrearage paid by the trustee: | + (f) $ | 0.00
g. **Total.** Add lines b, d, and f. | (g) $ | 17,536.69

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment   $   $505.89

The next postpetition payment is due on   10 / 1 / 2020
                                        MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **RICHARD H. COBBS, JR.** | Case number *(if known)* | **15-21748CMB** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

X /s/ Ronda J. Winnecour          Date  10/13/2020
Signature

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566          Email  cmecf@chapter13trusteewdpa.com |

| Debtor 1 | RICHARD H. COBBS, JR. | Case number *(if known)* | 15-21748CMB |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 08/26/2016 | 1011178 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 491.69 |
| 09/27/2016 | 1015112 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 80.01 |
| 12/21/2016 | 1025397 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 192.58 |
| 01/27/2017 | 1028925 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 1,056.86 |
| 02/24/2017 | 1032285 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 390.67 |
| 03/28/2017 | 1035740 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 390.67 |
| 04/21/2017 | 1038971 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 388.58 |
| 05/25/2017 | 1042273 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 386.49 |
| 06/27/2017 | 1045677 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 1,052.68 |
| 07/25/2017 | 1048968 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 386.49 |
| 08/25/2017 | 1052320 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 400.45 |
| 09/26/2017 | 1055658 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 400.45 |
| 10/25/2017 | 1058994 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 389.27 |
| 11/21/2017 | 1062235 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 389.27 |
| 12/21/2017 | 1065586 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 1,056.85 |
| 01/25/2018 | 1068846 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 649.27 |
| 02/23/2018 | 1072009 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 519.27 |
| 03/28/2018 | 1075216 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 519.27 |
| 05/25/2018 | 1081729 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 403.36 |
| 06/22/2018 | 1084844 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 390.67 |
| 06/26/2018 | 1081729 | TRIFERA LLC | CANCELLED CHECK TO CREDITOR/PRINC | -403.36 |
| 09/25/2018 | 1093568 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 1,590.15 |
| 10/17/2018 | 1093568 | LAND HOME FINANCIAL SERVICES INC | CANCELLED CHECK TO CREDITOR/PRINC | -1,590.15 |
| 10/17/2018 | 1094983 | LAND HOME FINANCIAL SERVICES INC | PREWRITTEN CHECK TO CREDITOR/PRIN | 1,590.15 |
| 10/29/2018 | 1096815 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 1,181.97 |
| 11/27/2018 | 1099955 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 513.69 |
| 12/21/2018 | 1103067 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 513.69 |
| 01/25/2019 | 1106270 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 513.69 |
| 02/25/2019 | 1109521 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 513.69 |
| 03/25/2019 | 1112813 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 513.69 |
| 07/29/2019 | 1126342 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 437.82 |
| 08/27/2019 | 1129814 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 660.90 |
| 09/24/2019 | 1133126 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 744.17 |
| 10/24/2019 | 1136450 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 821.74 |
| 12/24/2019 | 1129814 | LAND HOME FINANCIAL SERVICES INC | CANCELLED CHECK TO CREDITOR/PRINC | -660.90 |
| 01/28/2020 | 1146760 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 660.90 |
| | | | | 17,536.69 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 09/28/2015 | 0959432 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 1,999.52 |
| 10/26/2015 | 0963310 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 530.60 |
| 11/24/2015 | 0967420 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 530.54 |
| 12/22/2015 | 0971527 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 530.47 |
| 01/26/2016 | 0975512 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 795.63 |
| 02/24/2016 | 0979522 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 543.37 |
| 03/28/2016 | 0983459 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 834.49 |
| 04/22/2016 | 0987784 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 557.48 |
| 05/24/2016 | 0994413 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 932.36 |
| 06/27/2016 | 1003189 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 732.32 |
| 09/27/2016 | 1015112 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 613.35 |
| 10/26/2016 | 1018811 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 395.75 |
| 11/21/2016 | 1022065 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 537.30 |
| 12/21/2016 | 1025397 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 584.62 |
| 01/27/2017 | 1028925 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |
| 02/24/2017 | 1032285 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |
| 03/28/2017 | 1035740 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |
| 04/21/2017 | 1038971 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |
| 05/25/2017 | 1042273 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |
| 06/27/2017 | 1045677 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |
| 07/25/2017 | 1048968 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |
| 08/25/2017 | 1052320 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |
| 09/26/2017 | 1055658 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |
| 10/25/2017 | 1058994 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |

| Debtor 1 | **RICHARD H. COBBS, JR.** | Case number *(if known)* | **15-21748CMB** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 11/21/2017 | 1062235 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |
| 12/21/2017 | 1065586 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |
| 01/25/2018 | 1068846 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |
| 02/23/2018 | 1072009 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |
| 03/28/2018 | 1075216 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |
| 04/24/2018 | 1078448 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 339.71 |
| 05/25/2018 | 1081729 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 672.07 |
| 06/22/2018 | 1084844 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |
| 06/26/2018 | 1081729 | TRIFERA LLC | CANCELLED CHECK TO CREDITOR/CONT | -672.07 |
| 09/25/2018 | 1093568 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 2,189.74 |
| 10/17/2018 | 1093568 | LAND HOME FINANCIAL SERVICES INC | CANCELLED CHECK TO CREDITOR/CONT | -2,189.74 |
| 10/17/2018 | 1094983 | LAND HOME FINANCIAL SERVICES INC | PREWRITTEN CHECK TO CREDITOR/CON | 2,189.74 |
| 10/29/2018 | 1096815 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |
| 11/27/2018 | 1099955 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |
| 12/21/2018 | 1103067 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |
| 01/25/2019 | 1106270 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |
| 02/25/2019 | 1109521 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |
| 03/25/2019 | 1112813 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |
| 04/26/2019 | 1116110 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 322.39 |
| 05/24/2019 | 1119509 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 452.28 |
| 06/25/2019 | 1122902 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 678.85 |
| 07/29/2019 | 1126342 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 570.04 |
| 08/27/2019 | 1129814 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |
| 09/24/2019 | 1133126 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |
| 10/24/2019 | 1136450 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |
| 11/25/2019 | 1139917 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |
| 12/23/2019 | 1143299 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |
| 12/24/2019 | 1129814 | LAND HOME FINANCIAL SERVICES INC | CANCELLED CHECK TO CREDITOR/CONT | -505.89 |
| 01/28/2020 | 1146760 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 1,011.78 |
| 02/25/2020 | 1150281 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |
| 03/23/2020 | 1153765 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |
| 04/27/2020 | 1157224 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |
| 05/26/2020 | 1160564 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 505.89 |
| 08/25/2020 | 1169897 | LAND HOME FINANCIAL SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 1,517.67 |
| | | | | 32,376.96 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

RICHARD H. COBBS, JR.
LOUISE COBBS
937 BRINTELL STREET
PITTSBURGH, PA  15201

MARY BOWER SHEATS ESQ
1195 WASHINGTON PIKE STE 325
BRIDGEVILLE, PA  15017

LAND HOME FINANCIAL SERVICES INC
PO BOX 25164
SANTA ANA, CA  92799-5164

WEINSTEIN & RILEY PS
2001 WESTERN AVE STE 400
SEATTLE, WA  98121

LISA CANCANON ESQ
WEINSTEIN & RILEY PS
11101 WEST 120TH AVE #280
BROOMFIELD, CO  80021

10/13/20

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee